# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON
## NOVEMBER SESSION, 1996

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | No. 02C01-9512-CR-00358 |
| | ) | |
| Appellee | ) | |
| | ) | SHELBY COUNTY |
| vs. | ) | |
| | ) | Hon. Joseph B. Brown, Jr., Judge |
| DARYL CONNER, | ) | |
| | ) | (Robbery) |
| Appellant | ) | |

FILED

May 21, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

For the Appellant:

**MELANIE E. TAYLOR**
and
**WILLIAM JOHNSON**
Attorneys at Law
50 Front Street, Suite 1150
Memphis, TN 38103

For the Appellee:

**CHARLES W. BURSON**
Attorney General and Reporter

**MICHAEL J. FAHEY, II**
Assistant Attorney General
Criminal Justice Division
450 James Robertson Parkway
Nashville, TN 37243-0493

**WILLIAM GIBBONS**
District Attorney General

**DAVID SHAPIRO**
**GLEN BAITY**
Asst. District Attorneys General
Criminal Justice Complex
Third Floor, 201 Poplar
Memphis, TN 38103

OPINION FILED: _____

AFFIRMED PURSUANT TO RULE 20

**David G. Hayes**
Judge

**OPINION**

The appellant, Daryl Conner, was convicted by a Shelby County jury of robbery. The sole issue presented on appeal is whether the evidence adduced at trial is sufficient to support the jury's verdict.

On May 9, 1994, Mrs. Lois Boggan, who was eighty-four years old, was at home cooking dinner. Two men entered her kitchen through a back door and forced Mrs. Boggan's wedding band and engagement ring from her hand. The assailants fled when Mrs. Boggan's husband came into the room. One week later, Mrs. Boggan positively identified the appellant in a photographic lineup as one of the assailants. She again identified the appellant at trial. Additionally, on the evening of the offense, a neighbor observed two men run from the Boggan's house and drive away in a car matching the description of a car owned by the co-defendant, David Parrish. Parrish testified at trial that he and the appellant committed the robbery.

After thoroughly reviewing the record, the briefs, and the law governing the issue presented by the appellant, we conclude that the evidence is sufficient to support the finding by the trier of fact of guilt beyond a reasonable doubt and that no error of law requiring a reversal of the judgment is apparent. Accordingly, pursuant to Ct. of Crim. App. Rule 20, we affirm the judgment of the trial court.

_____
DAVID G. HAYES, Judge

CONCUR:

_____
GARY R. WADE, Judge

_____
WILLIAM M. BARKER, Judge